IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARRY FREEMAN | : | CIVIL ACTION   FILED SEP 02 2014 |
| v. | : | |
| COMMONWEALTH OF PENNSYLVANIA, et al. | : | NO. 14-0805 |

## ORDER

AND NOW, this 3rd day of September, 2014, upon careful and independent consideration of the pleadings and record herein, and after review of the Report and Recommendation of Thomas J. Rueter, United States Magistrate Judge, it is hereby

**ORDERED**

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for a writ of habeas corpus is **DISMISSED**;

3. Petitioner's requests for appointment of counsel (Doc. Nos. 3 and 4) are **DENIED**;

4. Petitioner's motions at Document Nos. 11, 12, 13, 14 and 16 are **DENIED AS MOOT**; and

5. A certificate of appealability is <u>not</u> granted.

BY THE COURT:

/s/ Harvey Bartle
HARVEY BARTLE, III,        J.

**ENTERED**
SEP 0 3 2014
**CLERK OF COURT**